## SOUDERS *v.* CHICAGO, TERRE HAUTE AND SOUTH-EASTERN RAILWAY COMPANY.

[No. 10,695. Filed March 16, 1921.]

From Greene Circuit Court; *Thomas Van Buskirk*, Judge.

Action between Emanuel Souders and the Chicago, Terre Haute and Southeastern Railway Company. From the judgment rendered, the former appeals. *Affirmed.*

*Shields & Mayfield, Cary L. Harrell, Sidney Edington* and *McIntosh & Slinkard,* for appellant.

*Beasley, Douthitt, Crawford & Beasley* and *Webster V. Moffett,* for appellee.

PER CURIAM.—Judgment affirmed.

## ARNOLD *v.* GLENDENNING ET AL.

[No. 10,653. Filed March 17, 1921.]

From Jay Circuit Court; *Frank W. Gordon*, Special Judge.

Action between Everett C. Arnold and Rachel Glendenning and others. From the judgment rendered, the former appeals. *Affirmed.*

*Manifold & O'Harra, J. C. Sutton* and *G. L. Denny,* for appellant.

*J. J. Moran, John C. Moran, Frank B. Jaqua, Clark J. Lutz* and *L. B. Simmons,* for appellees.

PER CURIAM.—Judgment affirmed.

## WAGER *v.* HAMILTON ET AL.

[No. 10,763. Filed March 18, 1921.]

From Hancock Circuit Court; *Robert L. Mason*, Special Judge.

Action between Nannie Wager and August W. Hamilton and others. From the judgment rendered, the former appeals. *Affirmed.*

*William A. Hough, Samuel J. Offutt* and *Ellis E. Sluss,* for appellant.

*Samuel A. Wray,* for appellees.

PER CURIAM.—Judgment affirmed.